UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR421-0048 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by a |
| TELLY GREEN | ) | Prohibited Person |
| | ) | |
| | ) | |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

Beginning on an exact date unknown but at least on or about August 5, 2020 in Chatham County, within the Southern District of Georgia, defendant,

### TELLY GREEN,

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit, a Taurus Millennium, Model PT111 Pro, 9mm pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One the defendant, **TELLY GREEN** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any proceeds obtained directly or indirectly, any firearm and ammunition involved in the commission of the offense(s), including, but not limited to a Taurus Millennium, Model PT111 Pro, 9mm Pistol, Serial Number: TAW58341.

A True Bill.          /

F\<

---
David H. Estes
Acting United States Attorney

Jennifer Kirkland
Assistant United States Attorney
*Lead Counsel

Karl Knoche
Assistant United States Attorney
Chief, Criminal Division